# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR312 |
| vs. | ORDER |
| OANH T. PHAM, | |
| Defendant. | |

This matter is before the court on defendant's Motion to Continue Pretrial Deadlines [25] as amended by defendant's Amended Motion to Continue Pretrial Deadlines [28]. For good cause shown, I find that the amended motion should be granted. The defendant will be given an approximate 90-day extension. Pretrial motions shall be filed by April 23, 2018. The motion [25] will be termed.

**IT IS ORDERED:**

1. Defendant's Motion to Continue Pretrial Deadlines [25] shall be termed on the docket, as it was amended by Filing No. 28.

2. Defendant's Amended Motion to Continue Pretrial Deadlines [28] is granted. Pretrial motions shall be filed on or before April 23, 2018.

3. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between January 22, 2018 and April 23, 2018, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

Dated this 23rd day of January, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge