# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>OANH T. PHAM,<br><br>        Defendant. | 8:17CR312<br><br>**ORDER** |

This matter is before the court on defendant's Unopposed Motion to Continue Pretrial Motions Deadline [37]. For good cause shown, I find that the motion should be granted. The defendant will be given an approximate 60-day extension. Pretrial motions shall be filed by October 22, 2018.

**IT IS ORDERED:**

1. Defendant's Unopposed Motion to Continue Pretrial Motions Deadline [37] is granted. Pretrial motions shall be filed on or before October 22, 2018.

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between August 23, 2018 and October 22, 2018, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

Dated this 24th day of August, 2018.

                                                BY THE COURT:

                                                s/ Susan M. Bazis<br>
                                                United States Magistrate Judge